## CHELSEA GROTON SAVINGS BANK *v.*
## DOROTHY E. GAGNON ET AL.
## (10834)

DUPONT, C. J., FOTI and FREEDMAN, Js.

Submitted on briefs June 15—decision released July 7, 1992

*Dorothy E. Gagnon,* pro se, the appellant (defendant), filed a brief.

*Jeffrey R. Godley* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.